MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN150630)
Chief, Criminal Division

JOHN N. GLANG (GUAMBN 94012)
Assistant United States Attorney

*E-FILED - 4/14/11*

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408)-535-5084
Fax: (408)-535-5066
E-Mail: John.Glang@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FELICIANO PANTOJA INFANTE, ) <br> ) <br> Defendant. ) <br> ) | No. CR 01-20158-RMW <br><br> NOTICE OF DISMISSAL <br> AND ORDER |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice as to defendant Feliciano Pantoja Infante only. A photocopy of the defendant's Certificate of Death occurring on September 21, 2006 is attached hereto as Exhibit A.

DATED: 3/27/11

Respectfully submitted,

MELINDA HAAG,
United States Attorney

/s/
AMBER S. ROSEN
Deputy Chief, San Jose Branch

NOTICE OF DISMISSAL - CR 01-20158-RMW

## ORDER

Leave of Court is granted to the government to dismiss that indictment without prejudice as to defendant Feliciano Pantoja Infante only.

Date: __4/14/11__

_Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge

NOTICE OF DISMISSAL - CR 01-20084-RMW2

# CERTIFICATE OF DEATH

**STATE FILE NUMBER** — 3200650002851

| Field | Value |
|---|---|
| 1. Name of Decedent — First | Feliciano |
| 2. Middle | — |
| 3. Last (Family) | Pantoja |
| AKA, Also Known As (First, Middle, Last) | Rafael – Manera |
| 4. Date of Birth | 02/02/1973 |
| 5. Age | 33 |
| Sex | M |
| 6. Birth State/Foreign Country | Mexico |
| 10. Social Security Number | None |
| 12. Marital Status | Married |
| 7. Date of Death | 09/21/2006 |
| Hour | 0618 |
| 14/15. Hispanic | X yes – Mexican American |
| 16. Decedent's Race | White |
| Education | 10 |
| 17. Usual Occupation | Auto Sales Person |
| 18. Kind of Business or Industry | Retail Auto Sales |
| 19. Years in Occupation | 10 |
| Residence | 447 M Street |
| City | Patterson |
| County | Stanislaus |
| Zip | 95363 |
| Years in County | 1 |
| State | California |
| Informant's Name, Relationship | Rosalva Plancarte Pantoja – Wife |
| Informant's Address | 447 M Street Patterson, Ca. 95363 |
| Spouse First | Rosalva |
| Spouse Last (Maiden) | Plancarte |
| Father First | Efrain |
| Father Last | Pantoja |
| Father Birth State | Mexico |
| Mother First | Victorina |
| Mother Last (Maiden) | Infante |
| Mother Birth State | Mexico |
| Disposition Date | 09/26/2006 |
| Place of Final Disposition | Patterson District Cemetery 10600 Hwy 33 Patterson, Ca. 95363 |
| Type of Disposition | BU |
| License Number | 7084 |
| Name of Funeral Establishment | Hillview Funeral Chapel |
| License Number | 527 |
| Date | 09/25/2006 MLK |
| Place of Death | Roadside |
| County | Stanislaus |
| Facility Address | Intersection of Westbound Keyes Road and Vivian Rd. |
| City | Modesto |
| 107. Cause of Death | Multiple blunt force injuries |
| Biopsy Performed | No |
| Autopsy Performed | Yes |
| Used in Determining Cause | Yes |
| 112. Other Significant Conditions | None |
| 113. Was Operation Performed | No |
| 119. Injury | 09/21/2006 0600 |
| Injury at Work | No |
| Place of Injury | Roadway |
| Describe How Injury Occurred | Passenger in auto vs. auto collision |
| Location of Injury | Intersection of Westbound Keyes Road and Vivian Road, Modesto 95358 |
| Date | 09/22/2006 |
| Type Name, Title of Coroner / Deputy Coroner | Stephen Wright, Deputy Coroner |
| FAX AUTH # | 72297 |

GOVERNMENT EXHIBIT A